# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL GARCIA,**

    Plaintiff,

v.                                                 No. 16-cv-1020 SMV

**NANCY A. BERRYHILL,**[1]
**Acting Commissioner of Social Security Administration,**

    Defendant.

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte. Plaintiff initiated this action on September 13, 2016. [Doc. 1]. The Court granted her motion to proceed *in forma pauperis* on September 16, 2016. [Doc. 4]. Since then, no further action is reflected on the record.

**IT THEREFORE ORDERED** that Plaintiff file a report no later than **March 22, 2017**, indicating the status of the case.

**IT IS SO ORDERED.**

                                                                                                _____
                                                                                            **STEPHAN M. VIDMAR**
                                                                                            **United States Magistrate Judge**

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).